No. 09–11181. BILLINGS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11182. ANDERSON v. CASTILLO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–11183. BUTLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11184. ABDULLAYEV v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 09–11185. CRUMMIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11186. KUN TAUCH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 09–11187. TUCKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–11188. TORRES SANTIAGO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 09–11189. STANKO v. CRUZ, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–11190. OWENS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 09–11191. RUCKER v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11192. ROSALES-DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11193. MONTES-GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11194. MORALES v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.